IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE DIAZ-CAMACHO<br>**2) JOAB FIGUEROA-RAMIREZ**<br>Defendants | CRIMINAL 13-0324CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 26, 2013 (**docket entry 25**) on a Rule 11 proceeding of defendant [2] Joab Figueroa-Ramírez before U.S. Magistrate Judge Marcos E. López on August 23, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 23, 2013. The **sentencing hearing is set for November 21, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 23, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge